UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                                                           Bankr. Case No. 19-04941-13

SCOTT W WENTZEL and CHRISTINE L WENTZEL                                Chapter 13
        Debtor(s)

## REQUEST FOR NOTICE

   Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                        ACAR Leasing Ltd. d/b/a GM Financial Leasing
                        PO Box 183853
                        Arlington, TX  76096


                                                             By /s/ Lorenzo Nunez

                                                    Lorenzo Nunez
                                                    PO Box 183853
                                                    Arlington, TX  76096
                                                    877-203-5538
                                                    877-259-6417
                                                    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                                                                         Bankr. Case No. 19-04941-13

SCOTT W WENTZEL and CHRISTINE L WENTZEL                                 Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on August 6, 2020 :

CHAD J JULIUS
8150 DERRY ST
HARRISBURG, PA  17111

Charles J. DeHart III
8125 Adams Drive
Suite A
Hummelstown, PA 17036

By  /s/ Lorenzo Nunez_____
      Lorenzo Nunez

xxxxx31277 / 1006293